THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA L. COWDRICK, individually and as Guardian ad Litem for her minor child, MWC,<br><br>Plaintiff,<br><br>v.<br><br>v.<br><br>MACROPORE BIOSURGERY, INC. and CYTORI THERAPEUTICS, INC.,<br><br>Defendants. | NO. CO6-5564 RJB<br><br>STIPULATION AND ORDER FOR CONTINUATION OF SUMMARY JUDGMENT CONSIDERATION DATE |

### STIPULATION

COME NOW the parties to this case, by and through their attorneys of record, and hereby stipulate and agree that defendants' summary judgment motion noted for the court's consideration on Friday, July 27, 2007, is hereby continued to Tuesday, July 31, 2007.

Dated this 24th day of July, 2007.

OTOROWSKI JOHNSONT DIAMOND &
GOLDEN, PLLC

By: ___/s/ Thomas R. Golden_____
    Thomas R. Golden, WSBA # 11040
    298 Winslow Way West
    Bainbridge Island, WA  98110
    Telephone: (206) 842-1000
    Fax: (206) 842-0797
    E-mail: trg@medilaw.com
    *Of Attorneys for Plaintiff*

OGDEN MURPHY WALLACE, PLLC


By: /s/ D. K. Yoshida_____

 D. K. Yoshida, WSBA# 17365
 1601 Fifth Avenue, Suite 2100
 Seattle, WA  98101-1686
 Telephone: (206) 447-7000
 Fax: (206) 447-0215
 E-mail: dyoshida@omwlaw.com
Of Attorneys for Defendants


## **ORDER**

BASED on the above and foregoing stipulation,

IT IS ORDERED that defendants' summary judgment motion consideration date of July 27, 2007, is hereby rescheduled to Tuesday, July 31, 2007.

DATED this 25th day of July, 2007.

_____
ROBERT J. BRYAN
United States District Judge