UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA COWDRICK, individually and as Guardian ad Litem for her minor child, MWC, <br><br> Plaintiff, <br><br> v. <br><br> MACROPORE BIOSURGERY, INC. and CYTORI THERAPEUTICS, INC., <br><br> Defendants. | Case No. C06-5564RJB <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS MINOR MWC'S CONSORTIUM CLAIM WITH PREJUDICE |

This matter comes before the court on Plaintiff's Motion to Dismiss Minor MWC's Consortium Claim with Prejudice. Dkt. 31. The court has considered the relevant documents and the remainder of the file herein.

On August 15, 2007, plaintiff Sandra Cowdrick, individually and as Guardian ad Litem for her minor child, MWC, filed a motion to dismiss the consortium claim of MWC. Dkt. 31. Defendants waived presentation of the order. Dkt. 31-2, at 2.

The court is satisfied with the showing made in support of the motion. Plaintiff has shown good cause for dismissal of the consortium claim of MWC, the only claim brought on behalf of MWC in this action. Plaintiff's motion should be granted.

Therefore, it is hereby

**ORDERED** that Plaintiff's Motion to Dismiss Minor MWC's Consortium Claim with Prejudice.

ORDER
Page - 1

1  (Dkt. 31) is **DISMISSED WITH PREJUDICE**.

2      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any

3  party appearing *pro se* at said party's last known address.

4      DATED this 21st day of August, 2007.

*Robert J Bryan* (signature)
Robert J Bryan
United States District Judge

_____
ROBERT J. BRYAN
United States District Judge